IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:12CR3117 |
| | ) | |
| LENNIS B. KIMBREL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's unopposed motion to continue the Defendant's trial, filing 25, currently set for December 31, 2012.  The Court, being fully advised in the premises, finds said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Kimbrel's trial shall be continued from December 31, 2012, to February 11, 2013 at 9:00 a.m.   The Defendant is so ordered to appear at said trial.  This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for trial. Further, that taking such action outweighs the best interests of the public and Mr. Kimbrel in a speedy trial.  Accordingly, the time from December 18, 2012, until the date next set for trial shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 18th day of December, 2012.

BY THE COURT:

The Honorable Cheryl R. Zwart
United States Magistrate Judge