IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12CR3117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LENNIS B. KIMBREL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a report from the Probation Office indicating that the defendant is not eligible for a sentence reduction under Amendment 782 because he was previously sentenced to the mandatory minimum. Counsel have been notified of the Probation Office's determination.

IT IS ORDERED that I deny a sentence reduction under Amendment 782.

Dated April 7, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge